IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. DNCW5:14CR2-1 |
| | ) |
| ANDREW B. MCKEOWN, | ) |

## ORDER

A joint motion having been duly brought before this Court for an order to directing the United States Marshal's Service to turnover funds to the Clerk of Court to be applied to restitution in this case, and the Court having considered the same, the Court finds that the United States Marshal's Service will forward funds in the amount of $41,415.55 to the United States District Clerk of Court at 401 West Trade Street, Charlotte, North Carolina, 28202, to be applied as partial payment of the restitution ordered in this case.

Signed: April 22, 2015

Richard L. Voorhees
United States District Judge